USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/22/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD HARBUS

            Plaintiff,

v.

BARSTOOL SPORTS, INC.

            Defendant.

**STIPULATION OF NOTICE OF SETTLEMENT AND DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))**

Case No.: 1:18-cv-7161-ALC

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Plaintiff, Steven Hirsch, and counsel for the Defendant, Barstool Sports, Inc., that the parties have reached a confidential settlement in principle and that all claims asserted in the above-captioned action are dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own attorneys' fees and costs.

_____
Richard P. Liebowitz

LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: 2-21-19
*Attorney for Plaintiff Richard Harbus*

_____
Gloria Franke Shaw

Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Tel: 310-788-4458
Gloria.Shaw@KattenLaw.com

Dated: 2-7-19
*Attorney for Defendant Barstool Sports, Inc.*

SO ORDERED:

_____

2/22/19